IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| TIMOTHY BASHAM, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 7:17-cv-00202 |
| v. | ) | |
| TIMOTHY L. JENKS, | ) | By: Michael F. Urbanski |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the court **ADOPTS in part and REJECTS in part** the report and recommendation (ECF No. 25) to the extent consistent with the Memorandum Opinion, **DENIES** Basham's motion for leave to amend the complaint (ECF No. 13), and **GRANTS** Jenks' motion for judgment on the pleadings (ECF No. 16). This matter is **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: 05-10-2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge